# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142246

MICHAEL NASON,
          Petitioner-Appellee,

v

STATE EMPLOYEES' RETIREMENT
SYSTEM,
          Respondent-Appellant.

SC: 142246
COA: 290431
Marquette CC: 08-045798-AA

_____/

On December 7, 2011, the Court heard oral argument on the application for leave to appeal the October 28, 2010 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2011

Clerk

y1213